PHEBE M. BENNETT, as Administratrix of the Estate of FRED L. BENNETT, Deceased, Respondent, *v.* MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY OF BUFFALO, NEW YORK, Appellant.

*Appeal — unanimous affirmance — motion to dismiss appeal granted.*

*Bennett* v. *Merchants Mut. Automobile Liability Ins. Co.*, 210 App. Div. 801, appeal dismissed.

(Submitted January 19, 1925; decided February 3, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 19, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that permission to appeal had not been obtained.

*Mortimer L. Sullivan* for motion.

*Anthony J. Ernest* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND ALBANY LIGHTERAGE COMPANY, Respondent, *v.* JACOB A. CANTOR et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

(Submitted January 26, 1925; decided February 3, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 64.)